December 8, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*W. A. Matteson* and *M. W. Van Auken* for appellant.

*Joseph P. Eustace* and *A. C. Eustace* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ. Dissenting: BARTLETT, J.

---

MARGARET McGIVERN, as Administratrix of JAMES McGIVERN, Deceased, Appellant, *v.* THE FALL BROOK RAILWAY COMPANY, Respondent.

*McGivern* v. *Fall Brook Ry. Co.*, 52 App. Div. 633, affirmed.
(Argued February 27, 1902; decided March 25, 1902.)

APPEAL from a judgment entered July 25, 1900, upon an order of the Appellate Division of the Supreme Court in the fourth judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant upon a nonsuit granted at a Trial Term.

*James O. Sebring* for appellant.

*Frederick Collin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN and WERNER, JJ. Dissenting: MARTIN and CULLEN, JJ.

---

SYLVESTER POPE et al., as Executors of JOSEPHINE L. PEYTON, Deceased, Respondents, *v.* LOUIS NAPOLEON LEVY, Appellant.

*Pope* v. *Levy*, 54 App. Div. 495, appeal dismissed.
(Argued February 28, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered Decem-

ber 7, 1900, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Gratz Nathan* for appellant.

*Abram I. Elkus* and *Carlisle J. Gleason* for respondents.

Appeal dismissed, with costs ; no opinion.
Concur : BARTLETT, HAIGHT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent : PARKER, Ch. J.

---

JOHN FULLERTON, an Infant, by PHŒBE ANN FULLERTON, his Guardian ad Litem, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Fullerton* v. *Metropolitan St. Ry. Co* , 63 App. Div. 1, affirmed.
(Argued February 28, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 30, 1901, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown* and *Henry A. Robinson* for appellant.

*Edward A. Sumner* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Absent : PARKER, Ch. J., and HAIGHT, J.

---

CHARLES B. MORRIS, as Administrator of LESLIE B. MORRIS, Deceased, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Morris* v. *Metropolitan Street Ry. Co.*, 63 App. Div. 78, affirmed.
(Argued February 28, 1902; decided March 25, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July